Roberson *v.* The State.

## TOM ROBERSON *v.* THE STATE.

BRINGING PRISONER TO COURT.    *Sheriff's fee.*    The fees of the sheriff for bringing a prisoner from the county in which he was tried to the county in which the Supreme Court is held, are governed by the new Code, section 5316, sub-sections 28 and 29.

FROM RUTHERFORD.

Appeal in error from the Criminal Court of Rutherford county.    MATT. W. ALLEN, J.

Roberson v. The State.

MOTION BY ATTORNEY-GENERAL LEA.

COOPER, J., delivered the opinion of the court.

The judgment of conviction of the court below in this case was affirmed, upon the appeal of the plaintiff in error, at the last term, and the costs adjudged against him. Execution issued therefor, and has been returned *nulla bona*. Thereupon, the usual order was made that the costs in behalf of the State be certified to the Comptroller for payment. The clerk made out the costs of the sheriff for bringing the prisoner from the county of Wilson, where he was tried, to Nashville, under the new Code, section 5316, sub-section 36. The attorney-general moves that the costs be re-taxed so as to conform to sub-sections 28 and 29, of the same section. We find, upon examination, that the first named sub-section regulates the compensation of the sheriff for conveying a convict to the penitentiary. Sub-section 28 gives the sheriff: "For removing any criminal from one county to another; per mile, going and returning, ten cents." Sub-section 29 is: "For guards, not exceeding two, per mile, going and returning, five cents." The compensation of the sheriff, in the character of case before us, is governed by these latter sub-sections, and not by the former sub-section.

The costs will be re-taxed accordingly.